Dismissed and Memorandum Opinion filed December 31,
2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-92-00320-CV

____________

 

CHARLES L. SOWELL, JACK C. OGG AND JAMES W. RUSH, Appellants

 

V.

 

RESOLUTION TRUST CORPORATION, RECEIVER OF UNIVERSITY
SAVINGS ASSOCIATION, Appellee

 



 

On Appeal from the
234th District Court

Harris
County, Texas

Trial Court Cause
No. 86-42460

 



 

M E M O R
A N D U M  O P I N I O N

This is an appeal from a judgment signed December 4, 1991. 
On June 27, 1996, this court abated the appeal because appellant, James W.
Rush, petitioned for voluntary bankruptcy in the United States Bankruptcy Court
for the Southern District of Texas, under cause number 96-05-122-PHXCGC.  See
Tex. R. App. P. 8.2.  

Through the Public Access to Court Electronic Records (PACER)
system, the court has learned that the bankruptcy case was closed on October 5,
1998.  The parties failed to advise this court of the bankruptcy court action.

On November 19, 2009, this court issued an order stating that
unless any party to the appeal filed a motion demonstrating good cause to
retain the appeal within twenty days of the date of the order, this appeal
would be dismissed for want of prosecution.  See Tex. R. App. P.
42.3(b).  No response was filed.  

Accordingly, we reinstate the appeal and order it dismissed.

 

PER CURIAM

 

Panel consists of Justices
Yates, Seymore, and Brown.